IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MALIK JONES,

    Plaintiff,                    No. CIV S-09-0150 DAD P

    vs.

J.L BISHOP, et al.,

    Defendants.          <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not paid the required filing fee of $350.00 or filed an application to proceed in forma pauperis. <u>See</u> 28 U.S.C. §§ 1914(a) & 1915(a). Plaintiff will be granted thirty days to pay the filing fee in full or submit a properly completed application to proceed in forma pauperis.

        Plaintiff is cautioned that the in forma pauperis application form includes a section that must be completed by a prison official, and the form must be accompanied by a certified copy of plaintiff's prison trust account statement for the six-month period immediately preceding the filing of this action.

/////

/////

1     Accordingly, IT IS HEREBY ORDERED that:

2     1. Plaintiff shall submit, within thirty days from the date of this order, either the
3     $350.00 filing fee or a properly completed application to proceed in forma pauperis on the form
4     provided with this order; plaintiff is cautioned that failure to comply with this order or seek an
5     extension of time to do so will result in a recommendation that this action be dismissed without
6     prejudice; and

7     2. The Clerk of the Court is directed to send plaintiff an Application to Proceed
8     In Forma Pauperis By a Prisoner for use in a civil rights action.

9     DATED: January 27, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9:md
jone0150.3a