UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIK JONES,<br><br>       Plaintiff,<br><br>vs.<br><br>J.L. BISHOP, et al.,<br><br>       Defendants. | NO.   CV-09-0150-JLQ<br><br>**ORDER RE: MOTIONS AND SUBSTITUTION OF SECRETARY OF CDCR** |

The following Order addresses several outstanding issues.

**1. Defendant Stailey's Motion**

The court's November 5, 2010 Order dismissed Plaintiff's claims against Defendant Stailey and considered Defendant Stailey a moving defendant. Ct. Rec. 62. The court herein supplements the November 5, 2010 Order to reflect that Defendant Stailey's Motion to Join in the Motion to Dismiss (**Ct. Rec. 61**) filed November 2, 2010 is **GRANTED**.

**2. Substitution of Secretary of the CDCR, Matthew Cate**

The court previously ordered Plaintiff to file a Notice of Substitution and the completed service forms for the Secretary of the CDCR on or before November 30, 2010. On November 16, 2010, Plaintiff advised the court that he intended to substitute Secretary of the CDCR Matthew Cate for the "Director of Corrections" but that he did not have the necessary service documents to supply. Ct. Rec. 64. The court and the parties shall construe

ORDER - 1

this document (Ct. Rec. 64) as Plaintiff's Notice of Substitution of the Secretary of the CDCR, Matthew Cate, in lieu of Defendant "Director of Corrections."

The Clerk shall immediately send Plaintiff a USM-285 form for Defendant Cate to be served, as well as a summons, instruction sheet, and a copy of the First Amended Complaint (Ct. Rec. 15). Upon receipt, Plantiff shall submit the attached Notice of Submission of Documents and submit the following documents to the Court:

    a.    The completed Notice of Submission of Documents;

    b.    A completed summons for Defendant Cate;

    c.    A completed USM-285 form for Defendant Cate;

    d.    A copy of this Order for Defendant Cate;

and

    e.    1 copy of the Amended Complaint (Ct. Rec. 15.

Plaintiff need not attempt service on Defendant Cate and need not request waiver of service. After receiving the above-described documents, the court will issue a separate Order requiring the U.S. Marshals to serve Cate.

**3. Defendant David**

Plaintiff's "Response Re: Court's Order of 9-16-2010" requests the court reconsider the court's dismissal of Plaintiffs' claims against Defendant David, who is no longer employed by the CDCR and is believed to be a civilian physician's assistant under contract with the U.S. Army stationed in Iraq. The court dismissed the claims without prejudice pursuant to Fed.R.Civ.P. 12(b)(2) and (5), for lack of personal jurisdiction and insufficiency of service of process. Ct. Rec. 48. Plaintiff requests the court exercise its "inherent power to extradite Defendant David back to the U.S." The court has no such authority, and it is *Plaintiff's* duty to assure service of process. Fed. R.Civ.P. 4(c). It has been nearly two years since Plaintiff initiated this litigation.

///

ORDER - 2

Accordingly, the court denies Plaintiff's request to reconsider the dismissal of claims against Defendant David.

The Clerk is hereby directed to enter this Order and furnish copies to Plaintiff and counsel.

DATED this 16th day of December, 2010.

s/ Justin L. Quackenbush
JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE

1
2
3
4
5            UNITED STATES DISTRICT COURT
6            EASTERN DISTRICT OF CALIFORNIA
7
8  MALIK JONES,
9       Plaintiff,                    NO. CV-09-0150-JLQ
10      v.
11                                    **NOTICE OF SUBMISSION OF**
12 J.L. BISHOP, et al.,                **DOCUMENTS**
13      Defendants.
14
15
16     Plaintiff hereby submits the following documents in compliance with the Court's
17 "Order Requiring Plaintiff to Amend or Submit Documents for Service.":
18       _____ completed summons form;
19       _____ completed USM-285 form(s);
20       _____ copies of the Amended Complaint (Ct. Rec. 15); and
21       _____ copies of the Court's "ORDER RE: MOTIONS AND
22 SUBSTITUTION OF SECRETARY OF CDCR."
23    DATED: _____
24
25                    _____
                                 Plaintiff
26

ORDER - 4