UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIK JONES,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>J.L. BISHOP, et al.,<br><br>　　　　　　Defendants. | NO. CV-09-0150-JLQ<br><br>**ORDER RE: DISMISSAL OF DEFENDANT KIMBLE (KIMBRELL)** |

On December 3, 2010, defense counsel timely filed and served a declaration indicating that documents provided to him indicate Defendant Bradley Kimble (formerly misspelled as Kimbrell) was separated from employment by the California Department of Corrections on September 13, 2008, by reason of his death. The court gave Plaintiff until December 20, 2010 to either 1) to move to substitute Kimble's estate as a Defendant; or 3) to file a notice of voluntary dismissal of the claim against Kimble. ECF No. 62. Plaintiff was warned that his failure to comply with the order would result in the dismissal of the claim against Defendant Kimble for failure to prosecute. ECF No. 62.

///
///
///
///

ORDER - 1

1     Plaintiff did not comply with the court's Order.  Accordingly, Plaintiff's claim in the
2 First Amended Complaint against Defendant Kimble shall be **DISMISSED** with prejudice
3 upon entry of final judgment herein.
4     IT IS SO ORDERED. The District Court Executive is directed to enter this Order
5 and provide a copy to Plaintiff and counsel for the Defendants.
6     **DATED** this 28th day of March 2011.

                      s/ Justin L. Quackenbush
                      JUSTIN L. QUACKENBUSH
          SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 2