UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MALIK JONES,

        Plaintiff,

vs.

J. L. BISHOP, et al,

        Defendants.

No. CV-09-0150-JLQ

ORDER DENYING PLAINTIFF'S MOTION REQUESTING PROTECTIVE ORDER

Before the court is the Plaintiff's Motion Requesting Protective Order On His Legal and Regular Mail (ECF No. 94) filed on September 12, 2011. The Defendants have not responded.

While reading the Plaintiff's pleadings is very difficult, this judge has personally take the time to attempt to discern what it is that the Plaintiff is complaining of with respect to his mail and his apparent attempt to communicate with "Legalease Paralegal Services" at East 2205 Alondra Blvd., apparently in Compton, Cal. Mr. Jones states that this Paralegal Service has copies of "declarations and affidavits" from family and friends advising the California Directors of Correction of the fact that Mr. Jones' life and safety were in severe danger during the period of 2006-2010.

Mr. Jones also claims that he has attempted to contact attorney Ellen Dove of Sacramento to obtain similar documents.

Apparently Mr. Jones claims that his ability to contact the aforesaid agency and attorney have been interfered with by unnamed persons and that either his outgoing mail has not been mailed or his incoming mail not delivered to him. However, Mr. Jones does not state any specifics as to the date and addresses of any mail he believes was not mailed

ORDER - 1

1  on his behalf nor does he state what mail addressed to him he believes was not delivered
2  to him at his present place of incarceration in Soledad, California.
3      Without further information as to the foregoing, IT IS HEREBY ORDERED that
4  the Motion Requesting Protective Order (ECF No.94) be and the same must be DENIED.
5      The Clerk shall enter this Order and furnish copies to the Plaintiff and to counsel
6  for the Defendants.
7      Dated December 26, 2011.
8                s/ Justin L. Quackenbush
                   JUSTIN L. QUACKENBUSH
9          SENIOR UNITED STATES DISTRICT JUDGE

28  ORDER - 2