UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIK JONES,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>J.L. BISHOP, et al.,<br><br>　　　　Defendants. | NO.　　　CV-09-0150-JLQ<br><br>**TRIAL SETTING and<br>ORDER DIRECTING<br>CONFIDENTIAL STATEMENTS RE:<br>CASE SELECTION FOR<br>PRISONER SETTLEMENT PROGRAM**<br><br>**FIFTEEN-DAY DEADLINE** |

　　　　Plaintiff is a California state prisoner proceeding pro se in a civil rights action under 42 U.S.C. § 1983. The only claim remaining is the claim that Defendant Whitlow violated Plaintiff's constitutional right against excessive force. This action is hereby scheduled for trial commencing ***October 1, 2012***.

　　　　The parties to this action shall each, no later than fifteen (15) days from the date of the order, submit confidential statements as described below. The confidential statements shall not be served on the opposing party or filed with the court, but instead, delivered by mail, fax, email or personal delivery to the court's Alternative Dispute Resolution (ADR) division at the address, fax number or email address below and marked "Confidential." Such statements shall be limited to five (5) pages and shall include the following:

　　　　1) the party's assessment of whether the instant action is of the type that would benefit from a settlement proceeding;

　　　　2) the party's assessment of what factors, if any, will prevent settlement of this matter prior to trial; and

　　　　3) any additional information the court may find useful in determining whether to set

ORDER - 1

this matter for a settlement conference.

Should the court determine this action to be appropriate to referral to the Prisoner Settlement Program, the court will set this matter for settlement conference before a magistrate judge or district judge.

**IT IS SO ORDERED.** The Clerk of the Court shall forward copies of this Order to counsel and to Plaintiff.

Dated this 10th day of July, 2012.

                          s/ Justin L. Quackenbush
                          JUSTIN L. QUACKENBUSH
                          SENIOR UNITED STATES DISTRICT JUDGE

cc:    ADR Division, Attention: Sujean Park
       US District Court
       501 I Street, Suite 4-200
       Sacramento, CA 95814
       Fax: (916) 491-3912
       email: spark@caed.uscourts.gov

ORDER - 2