1
2
3                    UNITED STATES DISTRICT COURT
4                  EASTERN DISTRICT OF CALIFORNIA
5   MALIK JONES,                    )   NO.       CV-09-0150-JLQ
                                    )
6                  Plaintiff,       )
                                    )
7   vs.                             )   **ORDER DENYING PLAINTIFF'S**
                                    )   **"MOTION FOR CLARIFICATION"**
8   J.L. BISHOP, et al.,            )
                                    )
9                  Defendants.      )
                                    )
10  _____)

11
        Plaintiff's "Motion for Clarification" (ECF No. 112) dated July 18, 2012 and filed July
12
    23, 2012 is **DENIED**.
13
        **IT IS SO ORDERED.**  The Clerk of the Court shall forward copies of this Order to
14
    counsel and to Plaintiff.
15
        Dated this 25th day of July, 2012.
16
                            s/ Justin L. Quackenbush
17                       JUSTIN L. QUACKENBUSH
                     SENIOR UNITED STATES DISTRICT JUDGE
18
19
20
21
22
23
24
25
26

ORDER - 1