UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MALIK JONES, | ) | NO.   CV-09-0150-JLQ |
| Plaintiff, | ) | |
| vs. | ) | **ORDER DENYING PLAINTIFF'S "MOTION FOR CLARIFICATION"** |
| J.L. BISHOP, et al., | ) | |
| Defendants. | ) | |

Plaintiff's "Motion for Clarification" (ECF No. 114) dated July 22, 2012 and filed July 25, 2012 is **DENIED**. In Plaintiff's second Motion for Clarification filed this week, he asks the court for "clarification" as to "what it misconstrued as new evidence" in its July 10, 2012 Order. The court's July 10, 2012 Order set this matter for trial and mandated Plaintiff to submit a confidential statement regarding settlement no later than July 24, 2012. There is no reference to "new evidence" in that Order. Plaintiff is directed to focus his attention toward the resolution of his sole remaining claim against Defendant Whitlow, either by settlement or trial.

No further "clarification" or similar motions shall be filed.

**IT IS SO ORDERED.** The Clerk of the Court shall forward copies of this Order to counsel and to Plaintiff.

Dated this 27th day of July, 2012.

s/ Justin L. Quackenbush
JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1