UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MALIK JONES,<br><br>             Plaintiff,<br><br>vs.<br><br>W. WHITLOW,<br><br>             Defendant. | NO. CV-09-0150-JLQ<br><br>**ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |

Malik Jones, inmate # K-09065, a necessary and material witness in a settlement conference in this case on November 15, 2012, is confined in Salinas Valley State Prison, 31625 Highway 101, Soledad, CA 93960, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Edmund F. Brennan at the U. S. District Court, 501 I Street, Sacramento, California 95814 in Courtroom #24 on November 15, 2012 at 10:00 a.m.

**ACCORDINGLY, IT IS ORDERED** that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by Judge Brennan; and thereafter to return the inmate to the above institution or

ORDER AND WRIT - 1

1  other appropriate facility at the discretion of the California Department of Corrections and
2  Rehabilitation;

3      2. The custodian is ordered to notify the court of any change in custody of this inmate
4  and is ordered to provide the new custodian with a copy of this writ; and

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

To: Warden, Salinas Valley State Prison, P. O. Box 1020, Soledad, CA 93960-1020:

    WE COMMAND you to produce the inmate named above to testify before Judge Brennan, at the time and place above, until completion of the settlement conference or as ordered by Judge Brennan; and thereafter to return the inmate to the above institution, or other appropriate facility at the discretion of the California Department of Corrections and Rehabilitation.  This inmate's legal property, relevant to the above entitled case, shall accompany the inmate.

    FURTHER, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

    DATED this 2nd day of August, 2012.

              s/ Justin L. Quackenbush
              JUSTIN L. QUACKENBUSH
       SENIOR UNITED STATES DISTRICT JUDGE

ORDER AND WRIT - 2