UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MALIK JONES,

    Plaintiff,

v.

J.L. BISHOP, et al.,

    Defendants.

NO. CV-09-0150-JLQ

**ORDER RE: PLAINTIFF'S "MOTION OF IMMINENT DANGER"**

**IT IS HEREBY ORDERED:** Plaintiff's "'Motion of Imminent Danger'" (ECF No. 122) is **DENIED**. Plaintiff alleges prison staff is retaliating against him for his litigation and grievances by transferring him this month to C-yard and telling inmates he is a child molester so that he will be assaulted. Plaintiff asks the court order his transfer to a different building. This is Plaintiff's third time filing such a complaint with the court. The court's Order dated August 19, 2010 advised Plaintiff that he is required to utilize the prison internal grievance system, not this court, in order to seek to correct such ongoing issues. Plaintiff was also warned that this court would not consider matters extraneous to the pleadings and ordered Plaintiff to stop filing motions pertaining to his unrelated grievances. Plaintiff shall heed this court's orders. **IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and provide a copy to Plaintiff and counsel.

**DATED** this 30th day of August 2012.

                s/ Justin L. Quackenbush
              JUSTIN L. QUACKENBUSH
         SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1