UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIK JONES, | NO.   CV-09-0150-JLQ |
| Plaintiff, | |
| vs. | ORDER DENYING MOTION TO CONTINUE SETTLEMENT CONFERENCE |
| J.L. BISHOP, et al., | |
| Defendants. | |

On October 15, 2012, Plaintiff filed a Motion (ECF No. 126) requesting the court to continue the scheduled November 15, 2012 settlement conference before Judge Brennan to Saturday, February 2, 2013, four days prior to the scheduled trial date and apparently two days after Plaintiff claims he will be released from prison. Plaintiff seeks the continuance due to alleged ongoing retaliation unrelated to the matter at hand. Plaintiff's ongoing baseless attempts to delay the resolution of this matter are inappropriate. The Motion (ECF No. 126) is **DENIED.**

The Clerk is hereby directed to enter this Order and furnish copies to Plaintiff, counsel, and to Judge Brennan.

DATED this 17TH day of October, 2012.

s/ Justin L. Quackenbush
JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1