UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MALIK JONES, | ) | No. CV-09-0150-JLQ |
|       Plaintiff, | ) ) | ORDER RE: SETTLEMENT CONFERENCE |
| v. | ) ) | |
| W. WHITLOW,       Defendant. | ) ) | |
| _____) | | |

    On August 3, 2012, this court entered an Order Setting Settlement Conference. (ECF No. 117).  The Order provided in part that Plaintiff was to submit to Defendant a "written itemization of damages and meaningful settlement demand," within 14 days, and that Defendant was to then contact Plaintiff by telephone or in person to discuss settlement within 14 days and Defendant was to provide a meaningful response. (ECF No. 117, p. 2).

    In a Motion to Continue the Settlement Conference (ECF No. 126, p. 1), Plaintiff stated that he had provided a written proposed settlement agreement, and that Defendant had failed to respond in any manner.  The court denied the Motion to Continue, and the Settlement Conference remains set for November 15, 2012. The court has now been informed by a Case Record Technician at Salinas Valley State Prison that Plaintiff does not wish to attend the settlement conference. (ECF No. 128).

    **IT IS HEREBY ORDERED**:

    1. The parties, both Plaintiff and Defendant, shall comply with the Orders of this court.

    2. If Defendant has not contacted Plaintiff in response to the proposed

ORDER – 1

settlement agreement as Ordered by the court (See ECF No. 117), then Defendant **shall immediately so respond**. Failure to comply with the court's orders, will not be tolerated.

    3. Plaintiff shall attend the Settlement Conference on **November 15, 2012**. Both parties shall attend and shall actively participate in the discussions in good faith.

    4. The parties shall also comply with the other deadlines set in this court's Order of August 3, 2012. Pursuant to that Order the parties were ordered to provide confidential settlement conference statements to Judge Brennan's chambers by not later than **November 8, 2012.**

    5. The parties are cautioned that a failure to comply with Orders of the court, including a failure to attend and participate in good faith at the Settlement Conference, may result in the imposition of sanctions.

    6. Counsel for Defendant **shall file, no later than November 9, 2012, at 5:00 p.m.**, a status report as to the status of informal settlement negotiations and stating whether or not there has been compliance with this court's Order by furnishing a confidential settlement statement to Judge Brennan.

    7. The Court will serve a copy of this order on the Litigation Office at Salinas Valley State Prison by fax, (831)-678-5544. That office shall forthwith serve a copy on the Plaintiff Jones.

    **IT IS SO ORDERED**. The Clerk shall promptly enter this Order, provide a copy to Magistrate Judge Brennan, and serve a copy on defense counsel, on Plaintiff, and the Litigation Office at Salinas Valley State Prison.

    DATED this 5th day of November, 2012.

                s/ Justin L. Quackenbush
                 JUSTIN L. QUACKENBUSH
        SENIOR UNITED STATES DISTRICT JUDGE

ORDER – 2