UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MALIK JONES,  )
  )
              Plaintiff,  )   No. 2:09-CV-0150-JLQ
  )
  vs.  )   ORDER STRIKING TRIAL DATE
  )
W. WHITLOW,  )
  )
              Defendant.  )
_____  )

      This matter was previously set by the court for trial in Sacramento commencing on February 6, 2013. In an effort to properly have the court and the parties prepared for that trial, the court directed a letter to the *Pro Se* Plaintiff on November 22, 2012 with four (4) specific questions and directed the Plaintiff to respond thereto. That letter is filed under ECF No.132. The Plaintiff has failed and refused to respond to the court's questions.

      Before the court is the recommendation of Magistrate Judge Brennan that the matter should be dismissed with prejudice in view of the Plaintiff's refusal to participate in a video mediation conference and in view of the Plaintiff's failure to respond to this Judge's letter and questions. The Plaintiff has filed an objection to the dismissal but has continued to fail to comply with the court's directions. In a final effort to afford the Plaintiff an opportunity to have his case heard on the merits, or the lack thereof, the court, on January 16,2013 forwarded another letter to the Plaintiff directing him to respond to the court's November 22, 2012 letter and the questions propounded therein.

      In view of the foregoing, it is clear that the trial date of February 6, 2013 is not realistic and is hereby Stricken. In the event the court subsequently determines that the

ORDER - 1

Plaintiff has complied with the court's directions, a new trial date will be set. If the court determines that the Plaintiff continues to fail to comply with the court's directions, the matter will be dismissed pursuant to the recommendation of Magistrate Judge Brennan.

The Clerk shall enter this Order and furnish copies to counsel and mail a copy of this Order to the Plaintiff at his last known mailing address which the court believes is the Salinas Valley State Prison . The Clerk shall strike the February 6, 2013 trial date from the court's scheduled trials.

Dated this 16th day of January , 2013.

s/ Justin L. Quackenbush
JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 2