1

2

3                    UNITED STATES DISTRICT COURT

4                    EASTERN DISTRICT OF CALIFORNIA

5

6    MALIK JONES,                          )
                                           )
7                          Plaintiff,      )   No.  CV-09-0150-JLQ
                                           )
8            vs.                           )   ORDER FOR PRETRIAL
                                           )   CONFERENCE AND DIRECTING
9    W. WHITLOW,                           )   ATTENDANCE BY MALIK JONES
                                           )
10                                         )
                           Defendant.      )
11   _____      )

12          A pretrial conference in this matter shall take place in the United States Courthouse

13   in Sacramento, California at 9 a.m. on Wednesday, March 13, 2013.

14          The Plaintiff, Malik Jones, is ordered and directed to attend this conference in

15   person and shall arrange his travel schedule to enable him to confer with attorney Michael

16   Vinding in Sacramento on Tuesday, March 12, 2013.

17          The Clerk shall enter this Order and furnish copies to counsel and Malik Jones.

18          Dated this 25th day of February, 2013.

19                              s/ Justin L. Quackenbush
                              JUSTIN L. QUACKENBUSH
20                        SENIOR UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28   ORDER - 1