UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MALIK JONES, | ) | NO.    CV-09-0150-JLQ |
|         Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER STRIKING MARCH 13, 2013 |
| | ) | PRETRIAL CONFERENCE |
| W. WHITLOW, | ) | |
|         Defendant. | ) | |

The court has been informed that the parties have tentatively reached a settlement of all remaining claims.  Accordingly, the pretrial conference previously scheduled for March 13, 2013 (ECF No. 141) is **STRICKEN**.  After finalizing the settlement, the parties shall promptly file a Stipulated Motion to Dismiss.

The Clerk is hereby directed to enter this Order and furnish copies to Plaintiff, attorney Michael Vinding (at mvinding@bradyvinding.com), and counsel for the Defendant.

DATED this 7th day of March, 2013.

s/ Justin L. Quackenbush
JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1