UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MALIK JONES,

     Plaintiff,

v.

W. WHITLOW,

     Defendant.

NO. CV-09-0150-JLQ

**JUDGMENT OF DISMISSAL WITH PREJUDICE AND ORDER CLOSING FILE**

**IT IS HEREBY ORDERED:**

Pursuant to the Stipulation of the remaining parties (ECF No. 144), judgment of dismissal is hereby entered dismissing the First Amended Complaint (ECF No. 15) and the claims therein with prejudice and without costs or attorneys fees to any party.

The Clerk of this court shall (1) enter this Order and judgment, 2) terminate all pending matters, (3) forward copies to counsel for the Defendant, to the Plaintiff at 14050 Cherry Ave. #104, Fonatana, CA 92337, and to attorney Michael Vinding at mvinding@bradyvinding.com; and (4) close this file.

The court commends Mr. Vinding for his *pro bono* assistance to Mr. Jones and to the court.

DATED this 3rd day of May, 2013.

          s/ Justin L. Quackenbush
          JUSTIN L. QUACKENBUSH
          SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1